CO-386-online
10/03

# United States District Court
# For the District of Columbia

FC INVESTMENT GROUP LC, et al.            )
1700 Wisconsin Avenue, N.W.               )
Washington, DC 20007,                     )
                                          )
                    Plaintiff             )    Civil Action No._____
            vs                            )
                                          )
LARRY B. LICHTENSTEIN, et al.,            )
c/o Larry B. Lichtenstein & Associates    )
20 North Clark Street, Suite 801          )
Chicago, IL 60602                         )
                                          )
                    Defendant             )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FC Investment Group, LC and Lawreence J. Eisenberg__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Ross D. Cooper / w/ permission_
Signature

__429200__
BAR IDENTIFICATION NO.

Ross D. Cooper
Print Name

11921 Rockville Pike, Suite 300
Address

Rockville, Maryland            20902
City        State              Zip Code

301-230-5239
Phone Number