CERTIFICATE OF REINSTATEMENT

FOR

FC INVESTMENT GROUP, LC

FIRST: The name of this limited liability company at the time of its cancellation was: FC Investment Group, LC (the "Company")

SECOND: The name the Company will use upon reinstatement is: FC Investment Group, LC

THIRD: The former principal office address of the Company in Maryland was: 9800 Gadle Ridge Terrace, Apt. G, Rockville, Maryland 20850.

FOURTH: The current principal office address of the Company in Maryland is: 122 Treehaven Street, Gaithersburg, Maryland 20878.

FIFTH: The name and address of its resident agent in Maryland is: Lawrence J. Eisenberg, a Maryland resident, whose current address is 122 Treehaven Street, Gaithersburg, Maryland 20878.

I swear under penalties of perjury that this is an authorized act of the above named entity.

_____
Lawrence J. Eisenberg, Member and Resident Agent

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the 3 page document on file in this office. DATED: 11-4-05
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
BY: _____, Custodian
This stamp replaces our previous certification system. Effective 6/95

EXHIBIT C

AFFIDAVIT

I, Lawrence J. Eisenberg, Member of FC Investment Group, LC, hereby declare that the previously mentioned entity has paid unemployment insurance contributions or reimbursement payments, all State and local taxes except taxes on real estate, and all interest and penalties due by the entity or which would have become due if the charter had not been forfeited whether or not barred by limitations.

*[signature]*
Lawrence J. Eisenberg, Member

I hereby certify that on January 5, 2005, Lawrence J. Eisenberg personally appeared before me the subscriber, and made oath under a notary public of the ~~State of Maryland, in~~ ~~County~~ District of Columbia under the penalties of perjury and that the matters and facts set forth in this affidavit are true to the best of his/her knowledge, information and belief.

As witness my hand and notarial seal

*Catherine W Carter*
(signature of notary public)

My Commission expires .

Catherine W. Carter
Notary Public, District of Columbia
My Commission Expires 01-14-2009

## CORPORATE CHARTER APPROVAL SHEET
### ** EXPEDITED SERVICE **       ** KEEP WITH DOCUMENT **

DOCUMENT CODE _49_    BUSINESS CODE ____

# W06261309

Close ____    Stock ____    Nonstock ____

P.A. ____    Religious ____

Merging (Transferor) _____

_____

_____

```
ID # W06261309  ACK # 1000361990780110
LIBER: B00748  FOLIO: 1803  PAGES: 0003
FC INVESTMENT GROUP, LC
```

Surviving (Transferee) _____ 01/07/2005  AT 01:03 P  WO # 0000995390

_____

_____    New Name _____

### FEES REMITTED

Base Fee: $100 —
Org. & Cap. Fee: ____
Expedite Fee: $50 —
Penalty: ____
State Recordation Tax: ____
State Transfer Tax: ____
____ Certified Copies
Copy Fee: ____
____ Certificates
Certificate of Status Fee: $20.00
Personal Property Filings: ____
Other: ____

TOTAL FEES: $170.00

____ Change of Name
_X_ Change of Principal Office
____ Change of Resident Agent
_X_ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent
       and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name

____ Other Change(s)

Credit Card ____  Check _X_  Cash ____
                  (3 checks)
____ Documents on ____ Checks

Approved By: A-01

Keyed By: ____

Code ____

Attention: ____

Mail to Address:
Anne Schroyer
Shulman, Rogers
11921 Rockville Pike, 3rd floor
Rockville, MD 20852

COMMENT(S):
02 → 04 filed (NA)

```
CUST ID:0001552352
WORK ORDER:0000995390
DATE:01-07-2005 01:03 PM
AMT. PAID:$190.00
```