IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FC INVESTMENT GROUP, L.C., et al.

    Plaintiffs

v.

LARRY B. LICHTENSTEIN, et al.,

    Defendants.

Case No. 1:05-cv-01753-RMC

### DEFENDANTS' FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to LCVR 7.1 of the District of Columbia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates in the above-captioned action states the following:

1. None of the foregoing Defendants have any outstanding securities in the hands of the public.

2. LIBERTY INTERNATIONAL UNDERWRITERS is the liability insurance carrier for these Defendants, and has an interest in the outcome of this litigation to the extent it may ultimately be called upon to indemnify the Defendants.

    Respectfully submitted,

    **LARRY B. LICHTENSTEIN**
    **LARRY B. LICHTENSTEIN & ASSOCIATES**

1

By Counsel:

/s/
Matthew A. Ranck (DBCN # 484983)
William L. Mitchell, II (DCBN #476101)
ECCLESTON AND WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696 (telephone)
(202) 857-0762 (facsimile)
Ranck@ewmd.com
wmitchell@ewdc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November 2005, a true and accurate copy of the foregoing DEFENDANTS' FINANCIAL DISCLOSURE STATEMENT was electronically filed and served pursuant to the Court's procedures for electronic filing upon:

Ross D. Cooper, Esquire
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
*Counsel for Plaintiffs*

/s/
William L. Mitchell, II (DCBN #476101)