IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

FC INVESTMENT GROUP, LC, et al.,    )
                                    )
            Plaintiffs,             )
                                    )
    vs.                             ) No. 04 L 051004
                                    )
TITAN GLOBAL STRATEGIES, LTD.,      )
et al.,                             )
                                    )
            Defendants.             )

ORIGINAL

The deposition of LARRY B. LICHTENSTEIN called by the Plaintiffs, taken pursuant to notice and in accordance with the applicable provisions of the Code of Civil Procedure of the State of Illinois and the Rules of the Supreme Court thereof pertaining to the taking of depositions, taken before PEGGY CURRAN, CSR, CRR, License No. 084-002016, notary public within and for the County of DuPage and State of Illinois, at 70 West Madison Street, Suite 4100, Chicago, Illinois, on Thursday, October 7, 2004, commencing at the hour of 10:00 o'clock a.m.

```
 1   APPEARANCES:

 2           Mr. Ross D. Cooper
             Shulman Rogers Gandal Pordy & Ecker, P.A.
 3           11921 Rockville Pike
             Rockville, Maryland  20852-2743
 4           (301) 230-5239
               on behalf of the Plaintiffs;
 5
             Mr. Leonard E. Blum
 6           20 North Clark Street
             Chicago, Illinois  60602
 7           (312) 236-6151
               on behalf of the deponent.
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

| | | |
|---|---|---|
| 1 | | You are a practicing attorney, sir? |
| 2 | A | Yes. |
| 3 | Q | Do you have any other occupations other |
| 4 | than a practicing attorney? | |
| 5 | A | No. |
| 6 | Q | What is your business address? |
| 7 | A | 20 North Clark Street. |
| 8 | Q | Here in Chicago? |
| 9 | A | Here in Chicago. |
| 10 | Q | Do you practice out of any other office |
| 11 | than that office? | |
| 12 | A | No. |
| 13 | Q | Do you live in Illinois? |
| 14 | A | Yes. |
| 15 | Q | How would you describe the general nature |
| 16 | of your practice, sir? | |
| 17 | A | I would still consider it a general |
| 18 | practice. I do a lot of real estate. And I still do | |
| 19 | some family law. I have an interest in that, having | |
| 20 | been divorced and have some adopted kids along the | |
| 21 | way. And I do some business transaction related law. | |
| 22 | Q | And you are a licensed attorney here in |
| 23 | Illinois? | |
| 24 | A | Yes. |

```
 1        A     Yes.
 2        Q     What did he say?
 3        A     He felt sorry about it.  He apologized.
 4  He said that he would try to make the money up, make
 5  the payment up.
 6        Q     Did he ever do so?
 7        A     He made a payment of $17,000 eventually,
 8  within the next period of, I don't know, four weeks,
 9  five weeks.
10        Q     By what matter did he make that payment,
11  sir?
12        A     I don't -- I don't recall if it was by
13  check or by wire.  He could have wired it to me.  I
14  don't know for sure.
15        Q     This is deposited into Bank One in
16  Chicago, Illinois.  Is that the bank you use, sir?
17        A     Yes.
18        Q     We will get back to that in a little bit.
19              The wire transfer, would that have gone
20  into Bank One as well?
21        A     Uh-huh.
22        Q     Is that the only bank that you use?
23        A     Yes.
24        Q     For personal and business?
```

1    A    Yes.
2    Q    When you saw Mr. Martinic on May 17, that
3 was the last time you saw him, right?
4    A    Uh-huh.
5    Q    As best as you can, give me a physical
6 description of him?
7    A    Well, physically, he's about 5'10". Face
8 appeared to be a bit -- he appeared to be a little
9 overweight, bloated, a little bit by way of his, my
10 perception of how he looked.
11    Q    Give me an approximate, under 200 pounds,
12 over 200 pounds?
13    A    I would say in that range, a little under
14 200 pounds, but in that range, 180.
15    Q    Color of his hair?
16    A    Brown.
17    Q    Is he a full head of hair, balding?
18    A    No, pretty much full head of hair; not
19 balding.
20    Q    Any physical features that jump out,
21 scars?
22    A    No.
23    Q    Wear glasses, contacts?
24    A    No distinguishing features that I can