IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP, L.C., et al.<br><br>　　　Plaintiffs<br><br>v.<br><br>LARRY B. LICHTENSTEIN, et al.,<br><br>　　　Defendants. | Case No. 1:05-cv-01753-RMC |

### ORDER

Upon Consideration of the Defendants' Motion to Dismiss the Amended Complaint, or in the Alternative, Motion to Transfer Venue, any opposition thereto, oral argument thereupon, and the entire record in this case, it is this _____ day of _____, _____:

ORDERED, that Defendants' Motion to Dismiss, or in the Alternative, Motion to Transfer Venue is hereby disposed of as follows,

It is ORDERED that, as this Court finds that it lacks personal jurisdiction over the Defendants in this action, the Complaint against these Defendants is dismissed; and it is further,

ORDERED that, as this Court not a proper venue for this action, the Complaint against these Defendants is dismissed,

Alternatively, it is ORDERED that, for the convenience of the parties and witnesses and in the interest of justice, this matter is hereby transferred to the United States District Court for the Northern District of Illinois.

_____
JUDGE
U.S. District Court for the District of Columbia

Copies to:

Ross D. Cooper, Esquire
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
*Counsel for Plaintiffs*

Matthew A. Ranck
ECCLESTON AND WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, DC 20009
*Counsel for Defendants*