IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP, L.C., et al.<br><br>    Plaintiffs<br><br>v.<br><br>LARRY B. LICHTENSTEIN, et al.,<br><br>    Defendants. | Case No. 1:05-cv-01753-RMC |

### DECLARATION OF LARRY B. LICHTENSTEIN

I, LARRY B. LICHTENSTEIN, having been duly sworn according to law, state as follows:

1. I am over the age of eighteen and am competent to testify upon personal knowledge concerning the matters set forth herein.

2. I am an attorney licensed to practice law in the state of Illinois, and am the sole proprietor of Larry B. Lichtenstein & Associates, an unincorporated association located in Chicago, Illinois. The use of the pronoun "I" herein shall refer to myself and to my law office, collectively.

3. I have no partners, associates or law clerks. I currently have one employee, a secretary. I have no offices, agents, or employees located in the District of Columbia.

4. I do not own or have any interest in real property located in the District of Columbia.

5. I do not regularly transact business in the District of Columbia.

6. I am not licensed to practice law in the District of Columbia or any other jurisdiction outside of the state of Illinois.

7. I have no significant or on-going ties to the District of Columbia, other than as is related to the defense of this case.



EXHIBIT A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2005.

_____
Larry B. Lichtenstein