4-23-2001 9:37AM FROM LJEISENBERG 2022935407 P.2

0002480 00865

# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: FC INVESTMENT GROUP, LC

(2) The purpose for which the Limited Liability Company is filed is as follows: MANAGED FOREIGN CURRENCY INVESTMENT ACCESS

(3) The address of the Limited Liability Company in Maryland is 9800 GABLE RIDGE TERRACE, APT. G, ROCKVILLE, MD 20850

(4) The resident agent of the Limited Liability Company in Maryland is LAWRENCE J. EISENBERG

whose address is 9800 GABLE RIDGE TERRACE, APT. G ROCKVILLE, MD 20850

(5) [signature] Authorized Person(s)

(6) [signature] Resident Agent

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the ___ page document on file in this office. DATED: 11-4-05

STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

BY: [signature], Custodian

This stamp replaces our previous certification system. Effective: 6/95

RETURN TO:

(7) LAWRENCE J. EISENBERG

1100 NEW YORK AVENUE, NW

SUITE 700 EAST

WASHINGTON, DC 20005

ID # W06261309 ACK # 1000324593000000
LIBER: B00248 FOLIO: 0865 PAGES: 0002
FC INVESTMENT GROUP, LC

04/23/2001 AT 09:37 A WO # 0000442858

EXHIBIT B

Nonstock____

Stock____

Religious____

Surviving Corporation

(New Name)

FEES REMITTED

Base Fee: 50

Fee: 50

Certified Copies:

Copy Fee:

Certificate Fee:

Other:

Total Fees: 100

Check____ Cash____

Checks

CODE____

ATTENTION

MAIL TO