CERTIFICATE OF REINSTATEMENT

FOR

FC INVESTMENT GROUP, LC

FIRST: The name of this limited liability company at the time of its cancellation was: FC Investment Group, LC (the "Company")

SECOND: The name the Company will use upon reinstatement is: FC Investment Group, LC

THIRD: The former principal office address of the Company in Maryland was: 9800 Gadle Ridge Terrace, Apt. G, Rockville, Maryland 20850.

FOURTH: The current principal office address of the Company in Maryland is: 122 Treehaven Street, Gaithersburg, Maryland 20878.

FIFTH: The name and address of its resident agent in Maryland is: Lawrence J. Eisenberg, a Maryland resident, whose current address is 122 Treehaven Street, Gaithersburg, Maryland 20878.

I swear under penalties of perjury that this is an authorized act of the above named entity.

_____
Lawrence J. Eisenberg, Member and Resident Agent

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the 3 page document on file in this office. DATED: 11-4-05
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
BY: _____, Custodian
This stamp replaces our previous certification system. Effective


EXHIBIT C

AFFIDAVIT

I, Lawrence J. Eisenberg, Member of FC Investment Group, LC, hereby declare that the previously mentioned entity has paid unemployment insurance contributions or reimbursement payments, all State and local taxes except taxes on real estate, and all interest and penalties due by the entity or which would have become due if the charter had not been forfeited whether or not barred by limitations.

_____
Lawrence J. Eisenberg, Member

I hereby certify that on January 5, 2005, Lawrence J. Eisenberg personally appeared before me the subscriber, and made oath under a notary public of the ~~State of Maryland, in~~ ~~County~~ District of Columbia under the penalties of perjury and that the matters and facts set forth in this affidavit are true to the best of his/her knowledge, information and belief.

As witness my hand and notarial seal

_____
(signature of notary public)

My Commission expires .

Catherine W. Carter
Notary Public, District of Columbia
My Commission Expires 01-14-2009

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **     ** KEEP WITH DOCUMENT **

DOCUMENT CODE 49   BUSINESS CODE _____

# W06261309

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

```
ID # W06261309 ACK # 1000361990780110
LIBER: B00748 FOLIO: 1803 PAGES: 0003
FC INVESTMENT GROUP, LC
```

Surviving (Transferee) _____ 01/07/2005 AT 01:03 P WO # 0000995390

New Name _____

### FEES REMITTED

Base Fee: $100 —
Org. & Cap. Fee: _____
Expedite Fee: $50 —
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
_____ Certified Copies
Copy Fee: _____
_____ Certificates
Certificate of Status Fee: $20.00
Personal Property Filings: _____
Other: _____

TOTAL FEES: $170.00

_____ Change of Name
  X   Change of Principal Office
_____ Change of Resident Agent
  X   Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
       and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Credit Card _____   Check  X   Cash _____
                       (3 checks)
_____ Documents on _____ Checks

Approved By: A-01
Keyed By: _____

Code _____
Attention: _____
Mail to Address:

Arnie Schroyer
Shulman, Rogers
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852

COMMENT(S):
02 → 04 filed (NA)

```
CUST ID:0001552352
WORK ORDER:0000995390
DATE:01-07-2005 01:03 PM
AMT. PAID:$190.00
```