IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v. ) | |
| ) | |
| LARRY B. LICHTENSTEIN, et al. ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF LAWRENCE J. EISENBERG

I, Lawrence J. Eisenberg, do solemnly swear under the penalties of perjury that the following is true:

1. I make this affidavit in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or, In the Alternative, Motion to Transfer Venue. I am over 18 years of age and am competent to testify to the matters set forth herein.

2. I am the sole member and the manager of FC Investment Group, LC ("FCIG"), which is a Maryland limited liability company.

3. Since its formation in 2001, FCIG has at all times conducted business from 1700 Wisconsin Avenue, NW, Washington, DC, 20007.

4. Titan Global Strategies, Ltd. ("Titan") officials Larry Lichtenstein, Milan Martinic, Charles Knott and IFX Markets Ltd.'s Christopher Cruden regularly directed telephone communications to me on multiple occasions at FCIG's District of Columbia offices. The telephone number at this office is a District of Columbia telephone number with a (202) area code.

5. At least every month, Titan sent account statements to FCIG via facsimile to FCIG's facsimile number in the District of Columbia. This facsimile number begins with a (202) area code and the machine is located at 1700 Wisconsin Avenue, N.W., Washington, D.C. 20007. The account statements listed this Wisconsin Avenue address as FCIG's address. I also received other facsimile transmissions from Lichtenstein and other Titan officials at this District of Columbia fax number.

6. When corresponding with Titan in writing on behalf of FCIG, I used letterhead that listed FCIG's District of Columbia address. In addition, if I received correspondence from Titan, it was sent to FCIG's District of Columbia address.

7. Titan official Charles Knott met with me several times in the District of Columbia to offer assurances of Titan's <u>bona</u> <u>fides</u>.

8. There exists at least one contract between me and Titan. I negotiated and executed all agreements with Titan in the District of Columbia.

9. The bank account that FCIG used was located in the District of Columbia. On November 19, 2003, I instructed Larry Lichtenstein to arrange for return of FCIG's funds into this District of Columbia bank account. Sometimes FCIG wired funds to Titan from this District of Columbia bank account. Titan also wired funds to FCIG into this District of Columbia bank account.

10. After Lichtenstein became more involved with Titan's operations, FCIG was reassured of Titan's <u>bona</u> <u>fides</u> and investors associated with FCIG invested an additional approximately $3 million with Titan.

11. Below is a preliminary list of Plaintiffs' potential witnesses. This chart indicates the potential witness' relationship to the subject matter of the Amended Complaint and their last known city and state of residence or place of business.

| **Potential Witness** | **Connection to Subject Matter of Complaint** | **City and State of Residence or Principal Place of Business** |
|---|---|---|
| Barry Taff | Investor associated with FCIG | Washington, DC |
| Anne Canfield | Investor associated with FCIG | Washington, DC |
| Glen Armand | Investor associated with FCIG | Warrenton, VA |
| Joel Levin | Investor associated with FCIG | Baltimore, MD |
| William Kolodner | Investor associated with FCIG | Baltimore, MD |
| Susan Kolodner | Investor associated with FCIG | Baltimore, MD |
| Harry Gildenhorn | Investor associated with FCIG | Rockville, MD |
| Chester Gordon | Investor associated with FCIG | Silver Spring, MD |
| Randi Lynn Cohen | Investor associated with FCIG | Potomac, MD |
| Thomas Birnbach | Investor associated with FCIG | Potomac, MD |
| Jan Eisenberg | Investor associated with FCIG | Gaithersburg, MD |

| | | |
|---|---|---|
| Mark Eisenberg | Investor associated with FCIG | Baltimore, MD |
| Harry Newton | Investor associated with FCIG who also spoke with Lichtenstein regarding the Titan program | New York, NY |
| Jeff Gordon | Worked with FCIG on Titan program | Bethesda, MD |
| Robert Tamiso | Familiar with Foreign Currency Investments; Consulted by FCIG Regarding Titan Program | New York, NY |
| Richard Harris | Merrill Lynch Broker who met with Eisenberg and Titan Official Knott in the District of Columbia | Washington, DC |
| Todd Kingsley | Merrill Lynch Broker who met with Eisenberg and Titan Official Knott in the District of Columbia | Washington, DC |
| Dennis Joyce | Independently invested in Titan's foreign currency program | Neptune Beach, FL |
| Anthony Versage | Performed Information Technology work for Titan and Martinic | New Jersey |
| Christopher Cruden | IFX Markets, Ltd. official who regularly contacted Eisenberg and Lichtenstein regarding the Titan Program | London, England |

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on: _November 2, 2005_  _/s/ Lawrence J. Eisenberg_
                                                  Lawrence J. Eisenberg