IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| FC INVESTMENT GROUP, LC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 04 L 051004 |
| ) | |
| TITAN GLOBAL STRATEGIES, LTD., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |



The deposition of LARRY B. LICHTENSTEIN called by the Plaintiffs, taken pursuant to notice and in accordance with the applicable provisions of the Code of Civil Procedure of the State of Illinois and the Rules of the Supreme Court thereof pertaining to the taking of depositions, taken before PEGGY CURRAN, CSR, CRR, License No. 084-002016, notary public within and for the County of DuPage and State of Illinois, at 70 West Madison Street, Suite 4100, Chicago, Illinois, on Thursday, October 7, 2004, commencing at the hour of 10:00 o'clock a.m.

ACR REPORTING, LLP   (312) 422-0515

```
 1   APPEARANCES:

 2              Mr. Ross D. Cooper
                Shulman Rogers Gandal Pordy & Ecker, P.A.
 3              11921 Rockville Pike
                Rockville, Maryland  20852-2743
 4              (301) 230-5239
                  on behalf of the Plaintiffs;
 5
                Mr. Leonard E. Blum
 6              20 North Clark Street
                Chicago, Illinois  60602
 7              (312) 236-6151
                  on behalf of the deponent.
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   about whether Martinic was going to pay this money
 2   back.  That's how it came up.
 3        Q    You said you heard about it -- you heard
 4   the name from Larry Eisenberg?
 5        A    Right.  He was a guy that was very upset
 6   and wanted to hear anything that would elucidate his
 7   view of what was going on with Martinic.
 8        Q    This is what Larry told you Newton wanted?
 9        A    Yes.
10        Q    Did you ever speak to Newton?
11        A    Yes.
12        Q    Was Eisenberg on the phone when you spoke
13   to Newton?
14        A    No, never.
15        Q    So how many times -- did you ever meet
16   with Newton?
17        A    Never.
18        Q    Did you ever meet with anyone acting on
19   Newton's behalf, a lawyer or anything like that?
20        A    No.
21        Q    How many times have you spoken to Newton?
22        A    Total?  Maybe five, six.
23        Q    Tell me as best you can recall -- what was
24   the first time you talked to Newton?
```