# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DISTRICT OF COLUMBIA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | 3,984 | U.S. | Circuit |
| | Terminations | | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | 3,498 | | |
| | Pending | | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | 3,921 | | |
| | % Change in Total Filings | Over Last Year | -9.8 | | | | | | 84 | - |
| | | Over Earlier Years | | -7.7 | -7.6 | -15.2 | -21.7 | | 89 | - |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | | .0 | 3.1 | 17.1 | 27.4 | 27.3 | 31.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 208 | 231 | 225 | 225 | 245 | 266 | 90 | - |
| | | Civil | 163 | 184 | 179 | 197 | 224 | 238 | 87 | - |
| | | Criminal Felony | 32 | 35 | 34 | 28 | 21 | 28 | 88 | - |
| | | Supervised Release Hearings** | 13 | 12 | 12 | - | - | - | 65 | - |
| | Pending Cases | | 295 | 310 | 289 | 277 | 271 | 261 | 78 | - |
| | Weighted Filings** | | 261 | 280 | 271 | 284 | 277 | 293 | 89 | - |
| | Terminations | | 224 | 207 | 211 | 219 | 234 | 233 | 89 | - |
| | Trials Completed | | 15 | 15 | 12 | 12 | 11 | 12 | 71 | - |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 7.3 | 91 | - |
| | | Civil** | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 8.7 | 59 | - |
| | From Filing to Trial** (Civil Only) | | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 24.0 | 65 | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 408 | 445 | 359 | 282 | 231 | 150 | | |
| | | Percentage | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 4.6 | 87 | - |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | 75.71 | | |
| | | Percent Not Selected or Challenged | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | 53.9 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2449 | 23 | 38 | 491 | 24 | 33 | 173 | 150 | 265 | 60 | 657 | 26 | 509 |
| Criminal* | 475 | 11 | 6 | 219 | - | 7 | 121 | ** | 4 | 40 | 7 | 4 | 56 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

http://www.uscourts.gov/cgi-bin/cmsd2004.pl                    12/8/2005

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ILLINOIS NORTHERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 10,584 | 11,126 | 11,135 | 10,957 | 9,496 | 10,053 | U.S. | Circuit |
| | Terminations | | 11,461 | 10,888 | 10,709 | 10,319 | 9,784 | 9,918 | | |
| | Pending | | 7,706 | 8,699 | 8,587 | 8,271 | 7,713 | 8,196 | | |
| | % Change in Total Filings | Over Last Year | -4.9 | | | | | | 70 | 7 |
| | | Over Earlier Years | | -5.0 | -3.4 | 11.5 | 5.3 | | 54 | 5 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 9.6 | 22.1 | 17.8 | 3.3 | 19.2 | 33.2 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 481 | 505 | 506 | 498 | 432 | 457 | 42 | 4 |
| | | Civil | 437 | 461 | 459 | 470 | 402 | 431 | 19 | 3 |
| | | Criminal Felony | 32 | 38 | 39 | 28 | 30 | 26 | 88 | 7 |
| | | Supervised Release Hearings** | 12 | 6 | 8 | - | - | - | 72 | 6 |
| | Pending Cases | | 350 | 395 | 390 | 376 | 351 | 373 | 63 | 4 |
| | Weighted Filings** | | 512 | 526 | 525 | 503 | 482 | 483 | 41 | 4 |
| | Terminations | | 521 | 495 | 487 | 469 | 445 | 451 | 30 | 3 |
| | Trials Completed | | 12 | 12 | 14 | 15 | 13 | 15 | 80 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 10.3 | 9.9 | 10.3 | 9.9 | 11.0 | 10.8 | 78 | 6 |
| | | Civil** | 5.9 | 5.5 | 5.5 | 5.6 | 5.1 | 6.0 | 4 | 2 |
| | From Filing to Trial** (Civil Only) | | 28.4 | 26.0 | 26.0 | 26.3 | 27.5 | 28.5 | 70 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 337 | 442 | 461 | 485 | 504 | 527 | | |
| | | Percentage | 5.0 | 5.6 | 6.0 | 6.4 | 7.2 | 6.9 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.9 | 1.7 | 1.7 | 1.6 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 39.36 | 45.57 | 43.63 | 39.43 | 38.55 | 39.23 | | |
| | | Percent Not Selected or Challenged | 31.0 | 37.3 | 34.8 | 36.7 | 29.5 | 34.5 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9615 | 126 | 166 | 768 | 76 | 1717 | 1573 | 859 | 584 | 418 | 1688 | 32 | 1608 |
| Criminal* | 694 | 71 | 20 | 87 | 1 | 30 | 160 | ** | 13 | 183 | 6 | 41 | 82 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."