IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LARRY B. LICHTENSTEIN , et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:05-cv-01753-RMC |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Plaintiffs FC Investment Group, LC and Lawrence Jay Eisenberg (collectively the "Plaintiffs") respectfully request that this Court substitute the appearance of Gregory D. Grant for Ross D. Cooper of the same law firm, Shulman, Rogers, Gandal, Pordy & Ecker, P.A., as new lead counsel to the Plaintiffs. This motion is not filed for purposes of delay. Substitute lead counsel's address is as follows:

> SHULMAN, ROGERS, GANDAL,
> PORDY & ECKER, P.A.
>
> Gregory D. Grant, Bar No. 441662
> 11921 Rockville Pike, Third Floor
> Rockville, MD 20852
> (301) 230-5200
> (301) 230-2891 (fax)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on 21st day of June, 2006, a copy of the foregoing Motion to Substitute Counsel to be filed electronically with the United States District Court and served in the manner indiacated below:

**Via E-Mail/Electronic Filing**

Matthew A. Ranck, Ranck@ewmd.com
William L. Mitchell, wmitchell@ewdc.com
ECCLESTON AND WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, DC 20009
Tel: (202) 857-1696

                                             /s/
                                     Gregory D. Grant

Date: June 21st, 2006                    Respectfully submitted,

                                                        **SHULMAN, ROGERS, GANDAL,**
                                                        **PORDY & ECKER, P.A.**

                                           By:    /s/
                                                        Gregory D. Grant, Bar No. 441662
                                                        11921 Rockville Pike, Third Floor
                                                        Rockville, Maryland  20852
                                                        Tel:   (301) 230-5200
                                                        Fax:  (301) 230-2891

    I, Ross D. Cooper, currently designated as counsel of record for FC Investment Group, LC and Lawrence Jay Eisenberg in the above-captioned matter, hereby consents to the substitution of counsel requested herein.

Dated: June 13, 2006                    _____
                                                          Ross D. Cooper