UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FC INVESTMENT GROUP LC, *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 05-1753 (RMC) |
| LARRY B. LICHTENSTEIN, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Defendants' motion to dismiss or, in the alternative to transfer venue, [Dkt. # 11] will be denied.  The Court will set a scheduling conference.

**SO ORDERED.**


Date:  July 21, 2006  _____/s/_____
ROSEMARY M. COLLYER
United States District Judge