IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v. ) | |
| ) | |
| LARRY B. LICHTENSTEIN, et al. ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk of this Court and all parties of record:

Please enter the appearance of Gregory D. Grant, Esq. and the law firm Shulman, Rogers, Gandal, Pordy & Ecker, PA as counsel for Plaintiff FC Investment Group, LC and Lawrence Jay Eisenberg. Please direct all inquiries to:

> Gregory D. Grant, Bar No. 441662
> SHULMAN, ROGERS, GANDAL
>  PORDY & ECKER, PA
> 11921 Rockville Pike, 3rd Floor
> Rockville, MD 20852-2743
> Ph:  (301) 230-5200
> Fax: (301) 230-2891
> ggrant@srgpe.com

Dated: July 26, 2006                    Respectfully submitted,

> BY:      /s/
> Gregory D. Grant, Bar No. 441662
> SHULMAN, ROGERS, GANDAL
>  PORDY & ECKER, PA
> 11921 Rockville Pike, 3rd Floor
> Rockville, MD 20852-2743
> Ph: (301) 230-5200
> Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2006, a copy of the foregoing **Entry of Appearance and Request for Notices** was filed electronically with the United States District Court and served in the manner indicated below:

**Via E-Mail/Electronic Filing**

**William Leonard Mitchell, II**
ECCLESTON & WOLF, P.C.
2001 S Street, NW
Suite 310
Washington, DC 20009-1125
(202) 857-1696
(202) 857-0762 (fax)
wmitchell@ewdc.com

**Matthew A. Ranck**
ECCLESTON AND WOLF, P.C.
2001 S Street, NW
SUITE 310
Washington, DC 20009
(202) 857-1696
ranck@ewmd.com

                                                /s/
                                      Gregory D. Grant