IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v. ) | |
| ) | |
| LARRY B. LICHTENSTEIN, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO THE HONORABLE COURT:

Pursuant to LCvR 83.6, Ross D. Cooper hereby withdraws his appearance as counsel of record for Plaintiffs FC Investment Group, LC and Lawrence Jay Eisenberg (collectively the "Plaintiffs") in the above-captioned matter. The basis for this withdrawal is that the undersigned has changed employment and is no longer a member of Shulman, Rogers, Gandal, Pordy & Ecker, PA ("Shulman, Rogers"). Gregory D. Grant, Esq. of Shulman Rogers has already entered his appearance as counsel of record for the Plaintiffs. As indicated by the below verification, Plaintiffs consent to withdrawal. Given that a scheduling conference has not yet been set in this case, this withdrawal will not prejudice any party to this proceeding.

Date: July 26, 2006                    Respectfully submitted,


                                       By:    _____/s/_____
                                              Ross D. Cooper, #429200.
                                              7508 Wisconsin Ave
                                              Bethesda, Maryland 20814
                                              Ph:  (301) 215-7335
                                              rcooper@beaconroofingsupply.com

### CONSENT OF PLAINTIFFS

I, Lawrence J. Eisenberg, both individually and as managing member of FC Investment Group, LC ("Plaintiffs"), hereby consent to the withdrawal of Ross D. Cooper, Esq. as counsel of record for Plaintiffs.

7-26-06                                _____/s/ Lawrence J. Eisenberg_____
Date                                   Lawrence J. Eisenberg

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 26, 2006, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically with the United States District Court and served in the manner indicated below:

**Via E-Mail/Electronic Filing:**

**William Leonard Mitchell, II**
ECCLESTON & WOLF, P.C.
2001 S Street, NW
Suite 310
Washington, DC 20009-1125
(202) 857-1696
(202) 857-0762 (fax)
wmitchell@ewdc.com

**Matthew A. Ranck**
ECCLESTON AND WOLF, P.C.
2001 S Street, NW
SUITE 310
Washington, DC 20009
(202) 857-1696
ranck@ewmd.com

**Via First Class Mail:**

**FC INVESTMENT GROUP LC**
**and LAWRENCE J. EISENBERG**
1700 Wisconsin Avenue, N.W.
Washington, DC 20007

                                                          /s/
                                            Ross D. Cooper