IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FC INVESTMENT GROUP LC, et al.   )
                                 )
        Plaintiffs,              )
                                 ) Case No. 1:05-cv-01753-RMC
   v.                            )
                                 )
LARRY B. LICHTENSTEIN, et al.    )
                                 )
        Defendants.              )

## ORDER

Upon consideration of the parties' Joint Fed. R. Civ. P. 26(f) and LCvR 16.3 Report, it is hereby this ___ day of _____, 2006 ORDERED that the following schedule is entered in this case:

| Event | Proposed Dates |
|---|---|
| Rule 26(a) Initial Disclosures | September 22, 2006 |
| Deadline for Joinder of Parties and Amendment of Pleadings | December 15, 2006 |
| Fact Discovery: | |
|     Written Discovery Propounded | March 30, 2007 |
|     Depositions Complete | May 31, 2007 |
| Expert Discovery: | |
|     Plaintiffs' Expert Reports | March 2, 2007 |
|     Defendants' Expert Reports | April 2, 2007 |
|     Rebuttal Expert Reports | May 1, 2007 |
|     Expert Depositions | May 31, 2007 |
| All Discovery Complete | May 31, 2007 |

| | |
|---|---|
| ADR Period | June 1-8, 2007 |
| <u>Dispositive Motions</u>: | |
|    Motions | July 9, 2007 |
|    Oppositions | August 10, 2007 |
|    Replies | August 24, 2007 |
| Pre-Trial Conference | Either 60 days after ruling on dispositive motions or, if no dispositive motions are filed, 90 days after the close of the ADR period |

_____
Judge, United States District Court for the District of Columbia