IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FC INVESTMENT GROUP LC, et al.** | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:05-cv-01753-RMC |
| v. | )<br>) |
| **LARRY B. LICHTENSTEIN, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon consideration of the parties' Joint Fed. R. Civ. P. 26(f) and LCvR 16.3 Report, it is hereby this ___ day of _____, 2006 ORDERED that the following schedule is entered in this case:

| Event | Proposed Dates |
|---|---|
| Rule 26(a) Initial Disclosures | September 22, 2006 |
| Deadline for Joinder of Parties and Amendment of Pleadings | December 15, 2006 |
| **Fact Discovery:** | |
| Written Discovery Propounded | March 30, 2007 |
| Depositions Complete | May 31, 2007 |
| **Expert Discovery:** | |
| Plaintiffs' Expert Reports | March 2, 2007 |
| Defendants' Expert Reports | April 2, 2007 |
| Rebuttal Expert Reports | May 1, 2007 |
| Expert Depositions | May 31, 2007 |
| All Discovery Complete | May 31, 2007 |

| | |
|---|---|
| ADR Period | June 1-8, 2007 |
| Dispositive Motions: | |
|    Motions | July 9, 2007 |
|    Oppositions | August 10, 2007 |
|    Replies | August 24, 2007 |
| Pre-Trial Conference | Either 60 days after ruling on dispositive motions or, if no dispositive motions are filed, 90 days after the close of the ADR period |

_____
Judge, United States District Court for the District of Columbia