IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

**FC INVESTMENT GROUP, L.C., et al.**

    Plaintiffs

v.

**LARRY B. LICHTENSTEIN, et al.,**

    Defendants.

<u>Case No. 1:05-cv-01753-RMC</u>

**DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

    Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates, by and through their attorneys, Matthew A. Ranck, William L. Mitchell and Eccleston and Wolf, P.C., hereby make the following initial disclosures concerning issues in the above-captioned action, based upon current information reasonably available to Defendants.

**I.**    **General Statement**

    1.    Defendants' investigation of the facts alleged in the Amended Complaint and of the facts and defenses alleged in the Answer to the Amended Complaint is ongoing. Pursuant to Federal Rule 26(c), Defendants reserve the right to amend, clarify, or supplement these disclosures based on additional information learned through discovery or other means.

    2.    Defendants construe the requirements of Federal Rule 26(a) not to require the production or description of any information or documents protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege.

1

Defendants intend to and do assert a privilege with respect to all such information and documents, and inadvertent disclosure shall not constitute a waiver of any such privilege.

3.  Defendants' investigation into the subject matter of these disclosures continues. Defendants' production of any thing, document, or information is not, and shall not be construed as, an admission of the relevance or admissibility into evidence of any such thing, document, or information. Defendants expressly reserve the right to object to the relevance or admissibility of any thing, document or information disclosed, and reserve any other applicable objections they may have, including but not limited to, objections based on attorney-client privilege, the attorney work product doctrine, burden and confidentiality.

## II.  Individuals Likely to Have Discoverable Information

Pursuant to Federal Rule 26(a)(1)(A), Defendants hereby identify the following individuals likely to have relevant discoverable information that Defendants may use to support their claims and defenses in this matter:

   a.  Lawrence J. Eisenberg, Esquire
       1700 Wisconsin Avenue, N.W.
       Washington, D.C. 20007
       (202) 295-4500

   b.  Milan Martinic
       70 Saint Andrew Trail
       Fontana, Wisconsin 53125

   c.  Larry B. Lichtenstein, Esquire
       Larry B. Lichtenstein & Associates
       Suite 1506
       77 West Washington Street
       Chicago, IL 60602
       (312) 346-5475

d.      Dennis Coggins (address and telephone number presently unknown)

e.      Charles Knott (address and telephone number presently unknown)

f.      Christopher Cruden (address and telephone number presently unknown)

g.      Representatives, officers and agents of
Insch Capital, Ltd.
102 Harbour Yard
Chelsea Harbour
London SW 10 0XD
United Kingdom
+44 20 7352 2244

h.      Representatives, officers and agents of
I.G. Group, PLC
157-168 Blackfriars Road
London SE1 8EZ
United Kingdom

i.      Representatives, officers, directors and agents of
FC Investment Group, LC
1700 Wisconsin Avenue, N.W.
Washington, D.C. 20007
(202) 295-4500

j.      Representatives, officers, directors and agents of
IFX Markets, Ltd.
One America Square
17 Crosswall
London EC3N 2LB
United Kingdom
+44 (0) 20 7890 8990

k.      Carole Napoliello
IFX Markets, Ltd.
One America Square
17 Crosswall
London EC3N 2LB
+44 (0) 20 7890 8990

l.  Andy Demetriades
    IFX Markets, Ltd.
    One America Square
    17 Crosswall
    London EC3N 2LB
    +44 (0) 20 7890 8990

m.  Nicholas Maghan
    Insch Capital, Ltd.
    102 Harbour Yard
    Chelsea Harbour
    London SW 10 0XD
    United Kingdom
    +44 20 7352 2244

n.  Figen Yardimici
    Insch Capital, Ltd.
    102 Harbour Yard
    Chelsea Harbour
    London SW 10 0XD
    United Kingdom
    +44 20 7352 2244

o.  Robert M. Tamiso
    Tamiso & Co., LLC
    545 Madison Avenue
    New York, NY 10022
    (212) 223-4500

p.  Roy Friedman, Ph. D.
    Insch Capital, Ltd.
    102 Harbour Yard
    Chelsea Harbour
    London SW 10 0XD
    United Kingdom
    +44 20 7352 2244

q.  Representatives, officers and agents of
    KMZ Rosenman
    525 Monroe Street, Suite 1600
    Chicago, IL 60661-3693
    (312) 902-5200

r.     Wesley G. Nissen, Esquire
KMZ Rosenman
525 Monroe Street, Suite 1600
Chicago, IL 60661-3693
(312) 902-5200

s.     Milton K. Buckingham, Esquire
KMZ Rosenman
525 Monroe Street, Suite 1600
Chicago, IL 60661-3693
(312) 902-5200

t.     Jeff Morgan, Esquire
Kostich, LeBell, Dobroski & Morgan, LLP
735 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53233
(414) 276-1233

u.     Laurie Hewitt (address and telephone number presently unknown)

v.     Investors with FCIG, including, but not limited to:
Lawrence Eisenberg
Anne C. Canfield
Mark Eisenberg for Dumbarton, Ltd.
Barry P. Taff
Glen V. Armand
Harry Newton
Susan Newton
William Kolodner for William Kolodner Profit Sharing Plan
Susan Kolodner
Joel Levin for Joel Levin Pension Trust
Alan Thicke
Harry Gildenhorn for Harry Gildenhorn Profit Sharing Plan
Jan F. Eisenberg
LL&E Enterprises, Inc.
Tianyuan Industries, Inc.
KJ&E Enterprises, Inc.
Chester Gordon
Bennett Meyer
Randi Lynn Cohen

    w.    Representatives, officers and agents of
Citigroup Global Markets, Inc. d/b/a Salomon Smith Barney
1850 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 857-5459

    x.    Todd Kingsley
Smith Barney
1850 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 857-5459

    y.    Richard Harris
Smith Barney
1850 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 857-5459

    z.    Representatives, employees and agents of
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike
Rockville, Maryland 20852-2743
(301) 230-5200

**Other Witnesses:**

Defendants have no other witnesses to identify at this time, except that they incorporate among the witnesses who may have discoverable information all those persons identified by the Plaintiffs in their Initial Disclosures; all persons identified by any party in answers to interrogatories; and all expert witnesses designated by any party. As this litigation is ongoing, Defendants reserve any and all rights to supplement their list of potential witnesses as appropriate during the course of the litigation.

**III.    Documents, Data Compilations & Tangible Things**

Defendants will make the documents identified herein available to Plaintiffs for review at the offices of Eccleston and Wolf, P.C., 2001 S Street, N.W., Suite 310, Washington, D.C. 20009, at a mutually convenient time. Plaintiffs may copy these documents at Plaintiffs' expense if they so choose.

The categories of non-privileged documents that Defendants may use to support their claims and defenses, and which they intend to make available for review at a mutually convenient time include those constituting or relating to:

a. Documents bates-labeled LL00001 through L00359, consisting of the Defendants' files in connection with this matter. The Defendants reserve the right to make appropriate claims of privilege or similar objections to non-production at the time production is requested.

b. Any and all documents produced in this case, in any related case, or in any case in which the Plaintiffs were or are a party, by any party or non-party voluntarily, in connection with Rule 26(a)(1) initial disclosures, in response to a discovery request or deposition notice and/or in response to subpoena or court order.

## IV. Damages

This section does not apply because the Defendants have not claimed any damages in this action.

## V. Insurance

The Defendants are insured under an insurance policy issued by Liberty Insurance Underwriters, Inc., Policy No. LPJ092362-0104, policy period June 20, 2004 to June 20, 2005, with per claim and annual aggregate limits of $1,000,000. A copy of the policy is being procured and will be produced when it is received.

Respectfully submitted,

**LARRY B. LICHTENSTEIN**
**LARRY B. LICHTENSTEIN & ASSOCIATES**
**Defendants**

By Counsel:

**ECCLESTON AND WOLF, P.C.**

By: /s/ *Matthew A. Ranck*_____
     Matthew A. Ranck (D.C. Bar # 484983)
     William L. Mitchell, II (D.C. Bar # 476101)
     2001 S Street, N.W., Suite 310
     Washington, DC  20009
     Tel. (202) 857-1696
     Fax (202) 867-0762
     Ranck@ewdc.com
     wmitchell@ewdc.com

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Answer to Amended Complaint was transmitted by electronic mail pursuant to the Court's Electronic Filing Procedures on this 29th day of September 2006, to:

Gregory D. Grant, Esquire
Kristin Draper, Esquire
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
*Counsel for Plaintiffs*

                                        /s/ *Matthew A. Ranck*_____
                                        Matthew A. Ranck