IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:05-cv-01753-RMC<br>)<br>) |
| LARRY B. LICHTENSTEIN, et al. | )<br>) |
| Defendants. | )<br>)<br>) |

**RULE 26(a)(1) DISCLOSURES OF PLAINTIFFS FC INVESTMENT GROUP, LC AND LAWRENCE JAY EISENBERG**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs FC Investment Group, LC (hereinafter "FCIG") and Lawrence Jay Eisenberg (hereinafter "Mr. Eisenberg"), by counsel, submit this joint initial disclosure statement. Plaintiffs reserve the right to supplement their initial disclosures as this statement is based upon information reasonably available to Plaintiffs as of this date. Continuing investigation and discovery may alter their disclosures and/or identify other potential witnesses, documents, and information.

By making the following disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor do Plaintiffs waive their right to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid objection under the Federal Rules of Civil Procedure. Plaintiffs' disclosures are also made without in any way waiving: (1) the right to object on the grounds of competency, privilege, relevancy and materiality,

1

hearsay or any other proper grounds, to the use of such information for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

I.      **INDIVIDUALS**

The names, addresses and telephone numbers, where applicable, of each individual likely to have discoverable information that Plaintiffs may use to support their claims or defenses, identifying the subjects of the information, unless solely for impeachment, include:

1.  Mr. Eisenberg
    1700 Wisconsin Avenue, N.W.
    Washington, DC 20007
    Plaintiff
    May be contacted through counsel

2.  FCIG
    1700 Wisconsin Avenue, N.W.
    Washington, D.C. 20007
    Plaintiff
    May be contacted through counsel

3.  Milan Martinic
    70 Saint Andrews Trail
    Fontana, Wisconsin 53125
    (Unknown telephone number)

4.  Douglas C. McNabb, Esquire
    McNabb Associates, P.C.
    JP Morgan Chase Tower, 600 Travis Street, Suite 7070
    Houston, Texas 77002
    (713) 237-0011

5.  Jeffrey Morgan, Esquire
    Kostich, LeBell, Dobroski, & Morgan, LLP
    735 West Wisconsin Avenue, Suite 800
    Milwaukee, Wisconsin 53233
    (414) 276-1233

6.  Kim Martinic
    70 Saint Andrews Trail
    Fontana, Wisconsin 53125
    (Unknown telephone number)

7.  Kelly C. Nickel, Esq.
    Thorpe, Compton & Christian, S.C.
    1624 Hobbs Drive, Suite 1, P.O. Box 386
    Delavan, WI 53115
    (262) 740-1971

8.  Titan Global Strategies, Ltd.
    70 West Madison, 14th Floor
    Chicago, Illinois 60602
    (312) 287-9888

9.  Charles Knott
    c/o Titan Global Strategies, Ltd.
    70 West Madison, 14th Floor
    Chicago, Illinois 60602
    (312) 287-9888

10. Casey Cerni
    c/o Titan Global Strategies, Ltd.
    70 West Madison, 14th Floor
    Chicago, Illinois 60602
    (312) 287-9888

11. Tony Ainsworth
    c/o Titan Global Strategies, Ltd.
    70 West Madison, 14th Floor
    Chicago, Illinois 60602
    (312) 287-9888

12. Keith Bunescu
    c/o Titan Global Strategies, Ltd.
    70 West Madison, 14th Floor
    Chicago, Illinois 60602
    (312) 287-9888

13. Lenny Butler
    c/o Titan Global Strategies, Ltd.
    70 West Madison, 14th Floor
    Chicago, Illinois 60602
    (312) 287-9888

14. IFX Markets, Ltd.
    One American Square
    17 Cross Wall
    London EC3N2LB
    United Kingdom

15. Christopher Cruden
    CEO
    Insch Capital Management
    102 Harbour Yard
    Chelsea Harbour
    London, SW10 0XD
    United Kingdom
    011 44 20 7352 2244

16. IG Group, PLC
    Friars House
    157-168 Blackfriars Road
    London
    SE1 8EZ
    (Unknown telephone number)

17. Katten, Muchin, Rosenman LLP
    525 West Monroe Street
    Chicago, Illinois 60661-3693
    (312) 902-5200

18. Larry B. Lichenstein
 c/o Larry B. Lichenstein & Associates
 20 North Clark Street, Suite 801
 Chicago, Illinois 60602
 Defendant

19. Larry B. Lichenstein & Associates
 20 North Clark Street, Suite 801
 Chicago, Illinois 60602
 Defendant

20. **Other Investors in Titan Global Strategies, Ltd.**[1]
 Barry P. Taff
 Anne Canfield
 Glen Armand
 Joel Levin, Trustee
 William Kolodner
 Susan Kolodner
 Harry Gildenhorn
 Chester Gordon
 Randi Lynn Cohen
 Thomas J. Birnbach
 Jan Eisenberg
 Mark Eisenberg
 Harry Newton
 Susan Newton
 Alan Thicke
 Bennett Meyer
 Wilson Chu

21. Jeff Gordon
 (Unknown address)
 Bethesda, MD
 (Unknown telephone number)

22. Robert Tamiso
 c/o Tamiso & Co. LLC
 545 Madison Avenue
 New York, NY 10022-4219
 (Unknown telephone number)

---

[1] Addresses of other investors in Titan, or the applicable trustee or representatives for any investor (not an individual), if available, will be provided upon entry of a protective order.

23. Nicholas Maughan
    Insch Capital Management
    102 Harbour Yard
    Chelsea Harbour
    London, SW10 0XD
    United Kingdom
    011 44 20 7352 2244

24. Figen Yardimci
    Insch Capital Management
    102 Harbour Yard
    Chelsea Harbour
    London, SW10 0XD
    United Kingdom
    011 44 20 7352 2244

25. Dr. Roy S. Freedman
    c/o Tamiso & Co. LLC
    545 Madison Avenue
    New York, NY 10022-4219
    (Unknown telephone number)

26. Dennis Joyce
    1998 Strand Street
    Neptune Beach, Florida 32266
    (904) 249-2945

27. James V. Walker, Esquire
    Walker Law Group, P.A.
    PO Box 676
    Ponte Vedra Beach, FL 32004-0676
    (904) 646-3456

28. Richard Harris
    1850 K Street, NW, Suite 900
    Washington, DC 20006
    (202) 847-5459

29. Todd Kingsley
    1850 K Street, NW
    Washington, DC 20006
    (202) 847-5459

30. Mary-Beth Lestingi
    General Manager
    HQ Global Workplace
    70 West Madison #1400
    Chicago, Illinois 60602
    (Unknown telephone number)

31. Anthony Versage
    (Unknown address)
    (908) 482-0383

32. Desiree Lichtman
    (Unknown address)
    011 44 7986 647 895

33. Dennis Coggins
    (Unknown address or telephone number)

34. Margaret Brighton
    (Unknown address)
    (312) 781-9663

35. James R. Weiss
    Market President
    U.S. Bank
    P.O. Box 1800
    Saint Paul, Minnesota 55101-0800
    (Unknown telephone number)

36. Steve B. Casey
    2112 Fallen Leaf Place
    Tustin, California
    (714) 838-3175

37. Joseph C. Kolanowski
    4115 Doty Road
    Woodstock, Illinois 60098-7533
    (815) 338-4753

38. Laurie Hewitt
    (Unknown address or telephone number)

The above-identified individuals have knowledge of one or more of the following: Titan Global Strategies, Ltd. ("Titan"), Milan Martinic ("Martinic"), Defendants, and their activities. Furthermore, Mr. Eisenberg has knowledge regarding FCIG and the allegations in the Complaint.

Plaintiffs may designate expert witnesses pursuant to the applicable Scheduling Order.

Plaintiffs reserve the right to rely upon any and all additional persons identified by Defendants in connection with their respective disclosures and discovery responses pursuant to the Federal Rules of Civil Procedure. Plaintiffs reserve the right to supplement and amend this response as discovery proceeds in this matter.

## II.  **DOCUMENTS**

A description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of Plaintiffs that Plaintiffs may use to support its claims or defense, unless solely for impeachment, include:

- Documents relating to Plaintiffs and Defendants
- Documents relating to and including communications made by and to Titan, Titan's employees, Martinic, Defendants, IG Group, LC ("IG"), and IFX Markets, Ltd. ("IFX").
- Documents relating to Titan's incorporation, Board of Directors, and other corporate documents
- Communications between Defendant(s) and Titan, Mr. Martinic, and/or Mr. Knott
- Communications between Defendant(s) and Plaintiff(s)
- Documents reflecting investment in Titan by Mr. Eisenberg and FCIG or others
- Documents reflecting investigation by Mr. Eisenberg and FCIG into Titan and Martinic's management of invested monies
- Documents evidencing the $6.5 million judgment obtained against Titan Global Strategies, Ltd.
- Documents relating to actions instituted against / judgments recorded against Titan and/or Martinic in Wisconsin, Illinois, Colorado, and Florida, including without limitation any discovery obtained in those matters and any depositions taken in those matters

Plaintiffs reserve the right to rely upon any and all documents and other materials produced by Defendants in connection with discovery or disclosures in this matter. Documents referenced above will be made available at a time and place agreed to by counsel, including but not limited to those documents subject or responsive to written discovery.

### III. DAMAGES

Plaintiffs claim the following as damages:

1) $6.5 million judgment obtained against Titan Global Strategies, Ltd., in the lawsuit of *Eisenberg v. Titan Global Strategies, Ltd. et al.*, filed in Walworth County, Wisconsin, Case # 04-CV-00312;

2) $5 million of invested FCIG funds;

3) Compensatory damages in an amount to be determined at trial:

4) Punitive damages in an amount to be determined at trial;

5) Pre-judgment and post-judgment interest;

6) Attorney's fees; and

7) Costs.

Plaintiffs also reserve the right to seek additional damages depending upon information, obtained in the course of discovery and have claimed an award of its attorneys' fees and costs.

### IV. INSURANCE

Not applicable to Plaintiffs.

Respectfully submitted,

Plaintiffs FC Investment Group, LC and
Lawrence Jay Eisenberg
By Counsel

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

By: _____/s/_____
  Gregory D. Grant (Bar No. 013942)
  11921 Rockville Pike, Third Floor
  Rockville, Maryland 20852
  (301) 230-5200
  (301) 230-2891 (Facsimile)

Attorneys for Plaintiffs FC Investment Group, LC
and Lawrence Jay Eisenberg

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, a copy of the foregoing Rule 26(a)(1) Disclosures were served electronically upon:

William L. Mitchell, II
Matthew A. Ranck
LAW OFFICES OF ECCLESTON & WOLF, PC
2001 S Street, N.W., Suite 310
Washington, DC 20009

Counsel to Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates

_____/s/_____
Gregory D. Grant