

**SHULMAN ROGERS GANDAL PORDY & ECKER, P.A.**

Lawrence A. Shulman, Donald R. Rogers, David A. Pordy+, David D. Freishtat, Martin P. Schaffer, Christopher C. Roberts, Edward M. Hanson, Jr., David M. Kochanski, Robert B. Canter, Daniel S. Krakower, Kevin P. Kennedy, Nancy P. Regelin, Samuel M. Spiritos+, Martin Levine, Worthington H. Talcott, Jr.+, Fred S. Sommer, Morton A. Faller, Alan S. Tilles, James M. Hoffman, Michael V. Nakamura

Jay M. Eisenberg+, Douglas K. Hirsch, Glenn C. Etelson, Karl J. Protil, Jr.+, Timothy Dugan+, Kim Viti Fiorentino, Sean P. Sherman+, Gregory D. Grant•, Jacob S. Frenkel•, William C. Davis, III, Rebecca Oshoway, Alan B. Sternstein, Michael J. Froehlich, Sandy David Baron, Christine M. Sorge, Michael L. Kabik, Jeffrey W. Rubin, Simon M. Nadler, Scott D. Museles, Karl W. Means

Michelle R. Curtis•, Mimi L. Magyar, Glenn W.D. Golding+, Michael J. Lichtenstein, Bruce A. Henoch, Jeremy W. Schulman, William F. Askinazi, Matthew M. Moore+, Jeannie Eun Cho, David S. Wachen°, Debra S. Friedman•, Eric J. von Vorys, Heather L. Howard+, Stephen A. Metz, Hong Suk "Paul" Chung, Patrick J. Howley, Carmen J. Morgan•, Kristin E. Draper•, Heather L. Spurrier•, Melissa G. Bernstein

Patricia Teck, Jacob A. Ginsberg, John D. Sadler, Marc E. Pasekoff, Erin J. Ashbarry, Alexis H. Peters•, Meredith S. Campbell, Kristen Munger•, Leslie E. Gallagher•, Michael T. Ebaugh, Anne Marie Vassallo•, Matthew D. Alegi•, Christopher W. Poverman, Chanoch D. Kanovsky, Thomas A. Gravely, Rebekah L. Bina°, William F. Gibson+, William B. Schroeder+, Mary Clare H. Kimber•, Lawrence M. Kramer, Alexander C. Vincent°+

*Of Counsel*
Larry N. Gandal, Jeffrey A. Shane, Richard P. Meyer°, Larry A. Gordon•, David E. Weisman, Lawrence Eisenberg, Deborah L. Moran, Scott D. Field

*Special Counsel*
Philip R. Hochberg°

*Retired*
Karl L. Ecker

*Maryland and D.C. except as noted:*
+ Virginia also   ° D.C. only
• Maryland only

Writer's Direct Dial Number:

(301) 230-6578
ggrant@srgpe.com

December 15, 2006

**VIA FACSIMILE & FIRST CLASS MAIL**

Matthew A. Ranck
Law Offices of Eccleston & Wolf, PC
2001 S Street, N.W., Suite 310
Washington, DC 20009

   RE: *FC Investment Group, LC, et al. v. Larry B. Lichtenstein, et al.*,
     U.S. District Court for the District of Columbia, Case No. 1:05-cv-01753-RMC
     Our File No.: 107559.05

Dear Matt:

  Failing to hear back from you regarding the proposed Protective Order for nearly two weeks, I made the revisions we discussed and even attempted to address some of the other issues you agreed to send me proposed language on. In short, we need to move forward and I could not wait further – so I filed the Motion as I indicated I would.

  In addition to the proposed language for the Protective Order, on December 1st I asked you to provide me with a page estimate for Defendants' production to Plaintiffs. As we discussed during that conference call, unless the amount was considerable, I would simply have you produce all documents rather than having me inspect them first. I was to hear from you by December 4th. Please provide this information to me by no later than Monday, December 18th. Also, be prepared for me to confirm that I would like these documents produced to me as soon as possible. You indicate no need for a Protective Order, so that will serve as no impediment to Defendants' belated production.

  Next week, I also suggest that we coordinate Defendants' inspection of Plaintiff's production – should Defendants still agree to abide by the terms and conditions of the proposed Protective Order until my Motion is ruled on by the Court.

11921 Rockville Pike, Rockville, Maryland 20852-2743 • Tel: (301) 230-5200 • Fax: (301) 230-2891
Washington, D.C. Office: (202) 872-0400 • Greenbelt, Maryland Office: (301) 699-9883 • Tysons Corner, Virginia Office: (703) 684-5200
E-mail: lawfirm@srgpe.com • Internet: www.shulmanrogers.com

**EXHIBIT 1**



Matthew A. Ranck
December 15, 2006
Page 2

      Thank you for your attention to this important matter. I look forward to speaking with you early next week.

                          Very truly yours,

                          Gregory D. Grant *ls*

GDG:ls