IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al.     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v.     ) | |
| ) | |
| LARRY B. LICHTENSTEIN , et al.     ) | |
| ) | |
| Defendants.     ) | |

**PLAINTIFFS FC INVESTMENT GROUP, LC, ET AL.'S
MOTION TO ADMIT COUNSEL PRO HAC VICE**

Plaintiffs FC Investment Group, LC, et al. through their undersigned counsel, and

pursuant to Local Rule of Civil Procedure 83.2, respectfully move the admission pro hac vice of

Courtney R. Sydnor of Shulman, Rogers, Gandal, Pordy & Ecker, P.A.  In support of this motion,

Plaintiffs state as follows:

1.     Ms. Sydnor resides in Maryland and practices at the following office address and

phone number:  11921 Rockville Pike, Suite 300, Rockville, Maryland 20852, (301) 230-5200.

2.     Ms. Sydnor has been a member in good standing of the Virginia Bar since

October 2000, and of the Maryland Bar since August 2006.

3.     Ms. Sydnor is presently a member of good standing of the bars of the following

federal courts: United States Court of Appeals for the Fourth Circuit; United States District Court

for the Eastern District of Virginia; and United States Bankruptcy Court for the Eastern District

of Virginia.

4.     Ms. Sydnor is not currently suspended or discharged from the bar of any court.

5.    Ms. Sydnor is familiar with the rules of this Court and agrees to abide by those rules.

6.    Gregory D. Grant, a member in good standing of the bar of this Court, practices at the office address and phone number set forth below and is designated as Plaintiffs' counsel in this matter.

7.    Mr. Grant is familiar with the rules of this Court and agrees to abide by those rules.

8.    In support of this motion, the undersigned hereby attaches the Declaration of Courtney R. Sydnor.

WHEREFORE, based upon the motion and the accompanying declaration in support thereof, Plaintiffs respectfully request that Courtney R. Sydnor be admitted pro hac vice.

Respectfully submitted,

Plaintiffs FC Investment Group, LC and
Lawrence Jay Eisenberg
By Counsel

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

By: _____/S/_____
    Gregory D. Grant (Bar No. 013942)
    11921 Rockville Pike, Third Floor
    Rockville, Maryland 20852
    (301) 230-5200
    (301) 230-2891 (Facsimile)

Attorneys for Plaintiffs FC Investment Group, LC
and Lawrence Jay Eisenberg

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2007, a copy of the foregoing Plaintiffs FC Investment Group, LC, et al.'s Motion to Admit Counsel Pro Hac Vice was served electronically upon:

> Matthew A. Ranck
> William L. Mitchell, II
> LAW OFFICES OF ECCLESTON & WOLF, PC
> 2001 S Street, N.W., Suite 310
> Washington, DC 20009


                                    /S/
_____
Gregory D. Grant
Counsel to Defendants Lawrence J. Eisenberg and
FC Investment Group. LC