IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LARRY B. LICHTENSTEIN, et al.<br><br>Defendants. | Case No. 1:05-cv-01753-RMC |

### DECLARATION OF COURTNEY R. SYDNOR

1. My name is Courtney R. Sydnor. I am over 18 years of age and make this declaration based on my personal knowledge.

2. I am an attorney licensed to practice law in the Commonwealth of Virginia and the State of Maryland, and have been a member in good standing of the Virginia Bar since October 2000, and of the Maryland Bar since August 2006. I am an associate at the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., 11921 Rockville Pike, Suite 300, Rockville, Maryland 20852.

3. I presently am a member in good standing of the bars of the following federal courts: the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, and the United States Bankruptcy Court for the Eastern District of Virginia.

4. I am not a member of the District of Columbia Bar.

5. I have never been disbarred. I have never been suspended from the practice of

law in any state. I have never been suspended from any United States District Court, Bankruptcy Court or Federal Court of Appeals.

6. I certify that I am familiar with the rules of this Court and agree to abide by those rules.

7. Based on the foregoing, I respectfully request that I be admitted pro hac vice pursuant to Local Rule of Civil Procedure 83.2.

I declare under penalty of perjury that the foregoing is true and correct.

_____
COURTNEY R. SYDNOR