IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FC INVESTMENT GROUP LC**, *et al.* )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**LARRY B. LICHTENSTEIN**, *et al.* )<br>)<br>**Defendants.** )<br>) | )<br>)<br>)<br>)<br>**Case No. 1:05-cv-01753-RMC** |

**PLAINTIFFS FC INVESTMENT GROUP, LC, ET AL.'S**
**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Plaintiffs FC Investment Group, LC, *et al.* through their undersigned counsel, and pursuant to Local Rule of Civil Procedure 83.2, respectfully move the admission *pro hac vice* of Courtney R. Sydnor of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. In support of this motion, Plaintiffs state as follows:

1. Ms. Sydnor practices at the following office address and phone number: 11921 Rockville Pike, Suite 300, Rockville, Maryland 20852, (301) 230-5248.

2. Ms. Sydnor has been a member in good standing of the Virginia Bar since 2000, and of the Maryland Bar since 2006.

3. Ms. Sydnor is presently a member of good standing of the bars of the following federal courts: United States Court of Appeals for the Fourth Circuit; United States District Court for the Eastern District of Virginia; and United States Bankruptcy Court for the Eastern District of Virginia.

4. Ms. Sydnor has never been disciplined by any bar.

5.  Ms. Sydnor is familiar with the rules of this Court and agrees to abide by those rules.

6.  Gregory D. Grant is a member in good standing of the bar of this Court, practices at the office address and phone number set forth below, and is designated as Plaintiffs' counsel in this matter. Mr. Grant sponsors and supports Ms. Sydnor's application for admission to this Court *pro hac vice*.

7.  8.  In support of this motion, the undersigned attaches the Declaration of Courtney R. Sydnor.

WHEREFORE, based upon the motion and the accompanying declaration in support thereof, Plaintiffs respectfully request that Courtney R. Sydnor be admitted *pro hac vice* to this Court.

    Respectfully submitted,

    Plaintiffs FC Investment Group, LC and
    Lawrence Jay Eisenberg
    By Counsel

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

By: _____/S/_____
Gregory D. Grant (Bar No. 013942)
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200
(301) 230-2891 (Facsimile)

Attorneys for Plaintiffs FC Investment Group, LC
and Lawrence Jay Eisenberg

## CERTIFICATE OF SERVICE

 I hereby certify that on this March 6, 2007, a copy of the foregoing Plaintiffs FC Investment Group, LC, *et al.*'s Motion to Admit Counsel *Pro Hac Vice* was served electronically upon:

   Matthew A. Ranck
   William L. Mitchell, II
   LAW OFFICES OF ECCLESTON & WOLF, PC
   2001 S Street, N.W., Suite 310
   Washington, DC 20009


           /S/
         Gregory D. Grant
         Counsel to Defendants Lawrence J. Eisenberg and
         FC Investment Group. LC