IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v. ) | |
| ) | |
| LARRY B. LICHTENSTEIN, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF COURTNEY R. SYDNOR

1. My name is Courtney Renee Sydnor. I am over 18 years of age and make this declaration based on my personal knowledge.

2. I practice law at the following office address and phone number: Shulman, Rogers, Gandal, Pordy & Ecker, P.A., 11921 Rockville Pike, Suite 300, Rockville, Maryland 20852; (301) 230-5248.

3. I have been admitted to the following bars: Virginia State Bar (2000); Maryland Bar (2006); United States Court of Appeals for the Fourth Circuit (2002); United States District Court for the Eastern District of Virginia (2004); United States Bankruptcy Court for the Eastern District of Virginia (2006). I am a member in good standing of the bar of each of these courts.

4. I have never been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court one time within the last two years.

6. I do not practice law from an office located in the District of Columbia.

7. I am familiar with the rules of this Court and agree to abide by those rules.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Courtney R. Sydnor