IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FC INVESTMENT GROUP LC, *et al.*    )
                                    )
       Plaintiffs,                 )
                                    )  Case No. 1:05-cv-01753-RMC
   v.                               )
                                    )
LARRY B. LICHTENSTEIN, et al.       )
                                    )
       Defendants.                 )
_____)

## CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

Plaintiffs FC Investment Group LC and Lawrence Jay Eisenberg and Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates, by their respective counsel, move the Court to extend certain discovery deadlines set forth in the Court's Scheduling Order dated September 24, 2006.  In particular, the parties request the Court to amend its Scheduling Order as follows:

     1.    All interrogatories, request for admissions, and requests for production of documents shall be propounded by April 13, 2007.

     2.    Defendants' designation of experts and reports shall be made no later than April 13, 2007.

     3.    Designation of rebuttal experts and reports shall be made no later than May 11, 2007.

     4.    Expert depositions shall be completed by June 15, 2007.

     5.    All discovery shall be completed by June 15, 2007.

Good cause exists to amend the Court's prior Scheduling Order because there is an outstanding Motion for Entry of a Protective Order Governing Discovery Material.

Resolution of that motion is necessary in order for the parties to complete discovery in this matter.  Furthermore, the final disposition of this case would not be affected by the requested amendment, as the parties do not seek to extend the deadline for the filing of dispositive motions or any other deadline directly related to the resolution of this action on the merits.

A proposed Amended Scheduling Order is attached to this Consent Motion.

                              Respectfully submitted,

Plaintiffs
FC Investment Group, LC and
Lawrence Jay Eisenberg

and

Defendants
Larry B. Lichtenstein and
Larry B. Lichtenstein & Associates

By Counsel

_____/s/_____
Gregory D. Grant (Bar No. 013942)
Courtney R. Sydnor (*pro hac vice*)
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

Counsel for Plaintiffs FC Investment Group, LC
and Lawrence Jay Eisenberg

/s/ by CRS with permission
Matthew A. Ranck (Bar No. 484983)
William L. Mitchell, II (Bar No. 476101)
LAW OFFICES OF ECCLESTON & WOLF, PC
2001 S Street, N.W., Suite 310
Washington, DC 20009
Telephone: (202) 857-1692
Facsimile: (202) 857-0762

Counsel to Defendants Larry B. Lichtenstein
and Larry B. Lichtenstein & Associates

## CERTIFICATE OF SERVICE

    I certify that, on March 27, 2007, a copy of the foregoing Consent Motion for Extension of Discovery Deadlines was served electronically upon:

> Matthew A. Ranck
> William L. Mitchell, II
> LAW OFFICES OF ECCLESTON & WOLF, PC
> 2001 S Street, N.W., Suite 310
> Washington, DC 20009
>
> Counsel to Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates

                                            /s/
                                      Gregory D. Grant