IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

FC INVESTMENT GROUP LC, *et al.*    )

    Plaintiffs,    )

    )  Case No. 1:05-cv-01753-RMC

    v.    )

LARRY B. LICHTENSTEIN, *et al*.    )

    Defendants.    )

_____)

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Consent Motion for Extension of Discovery

Deadlines, and for good cause shown, it is hereby **ORDERED** that:

1.    All interrogatories, request for admissions, and requests for production of documents shall be propounded by April 13, 2007.

2.    Defendants' designation of experts and reports shall be made no later than April 13, 2007.

3.    Designation of rebuttal experts and reports shall be made no later than May 11, 2007.

4.    Expert depositions shall be completed by June 15, 2007.

5.    All discovery shall be completed by June 15, 2007.

6.    All other deadlines and limitations contained in the Court's prior Scheduling Order, dated September 24, 2006, shall remain in effect.

**SO ORDERED**

Date: _____, 2007    _____
    ROSEMARY M. COLLYER
    United States District Judge