IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FC INVESTMENT GROUP LC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v. ) | |
| ) | |
| LARRY B. LICHTENSTEIN, et al. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY & FILE DISPOSITIVE MOTIONS**

Plaintiffs FC Investment Group LC and Lawrence Jay Eisenberg and Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates, by their respective counsel, move the Court to extend the time for completion of discovery and filing dispositive motions. The grounds for this motion are as follows.

On April 4, 2007, the Court entered a Minute Order extending the deadline for completion of expert depositions and all discovery until June 15, 2007. Due to a number of scheduling conflicts, the parties were not able to schedule all of the depositions to be completed prior to the June 15, 2007 deadline. Therefore, the parties have agreed to schedule certain depositions to take place after June 15, 2007.

In particular, the parties have agreed to conduct the depositions of Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates on June 20 and 21, 2007. In addition, the Plaintiffs had previously noticed the deposition of Defendants' expert, David Cohen, for June 1, 2007, but Mr. Cohen was unavailable on that date. Due in part to Mr. Cohen's travel schedule, the parties were not able to identify a mutually-agreeable

date for his deposition prior to the June 15, 2007 discovery deadline. The parties have now agreed, however, to conduct Mr. Cohen's deposition on July 12, 2007.

On June 4, 2007, the parties participated in a Court-ordered settlement conference before The Honorable Alan Kay. Although the parties were not able to reach a settlement at that time, they anticipate that further discussions may be productive following the completion of the party depositions in this case. In that regard, and in the interest of minimizing the attorneys' fees and other costs pending further settlement discussions, the parties have discussed deferring the third-party depositions until after the depositions of the Plaintiffs and Defendants are completed.

Accordingly, the parties request the Court to enter an order: (i) extending the deadline for completion of discovery to July 13, 2007; and (ii) extending the dispositive motion deadline and briefing schedule as follows:

| | |
|---|---|
| Dispositive motions filed by: | August 3, 2007; |
| Opposition briefs filed by: | August 31, 2007; |
| Reply briefs filed by: | September 14, 2007. |

The parties also request that the Court's order be entered without prejudice to either party's ability to request additional time to complete third-party depositions during the August 3, 2007 status conference, or to either party's ability to object to any such request.

Respectfully submitted,

Plaintiffs
FC Investment Group, LC and
Lawrence Jay Eisenberg

and

Defendants
Larry B. Lichtenstein and
Larry B. Lichtenstein & Associates

By Counsel

_____/s/_____
Gregory D. Grant (Bar No. 013942)
Courtney R. Sydnor (*pro hac vice*)
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

Counsel for Plaintiffs FC Investment Group, LC
and Lawrence Jay Eisenberg


_____/s/_____
Matthew A. Ranck (Bar No. 484983)
William L. Mitchell, II (Bar No. 476101)
LAW OFFICES OF ECCLESTON & WOLF, PC
2001 S Street, N.W., Suite 310
Washington, DC 20009

Counsel to Defendants Larry B. Lichtenstein
and Larry B. Lichtenstein & Associates


### CERTIFICATE OF SERVICE

I certify that, on June 13, 2007, a copy of the foregoing Consent Motion for Extension of Time in Which to Complete Discovery & File Dispositive Motions was served electronically upon:

> Matthew A. Ranck
> William L. Mitchell, II
> LAW OFFICES OF ECCLESTON & WOLF, PC
> 2001 S Street, N.W., Suite 310
> Washington, DC 20009
>
> Counsel to Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates

_____/s/_____
Counsel