IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FC INVESTMENT GROUP LC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01753-RMC |
| v. ) | |
| ) | |
| LARRY B. LICHTENSTEIN, *et al.* ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs FC Investment Group LC and Lawrence J. Eisenberg and Defendants Larry B. Lichtenstein and Larry B. Lichtenstein & Associates, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

Plaintiffs
FC Investment Group, LC and
Lawrence Jay Eisenberg

and

Defendants
Larry B. Lichtenstein and
Larry B. Lichtenstein & Associates

By Counsel

/s/ Gregory D. Grant
Gregory D. Grant (Bar No. 013942)
Courtney R. Sydnor (*pro hac vice*)
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

Counsel for Plaintiffs FC Investment Group, LC
and Lawrence Jay Eisenberg


/s/ Matthew A. Ranck
Matthew A. Ranck (Bar No. 484983)
William L. Mitchell, II (Bar No. 476101)
LAW OFFICES OF ECCLESTON & WOLF, PC
2001 S Street, N.W., Suite 310
Washington, DC 20009

Counsel to Defendants Larry B. Lichtenstein
and Larry B. Lichtenstein & Associates


## CERTIFICATE OF SERVICE

I certify that, on this 28th day of December, 2007, a copy of the foregoing Stipulation of Dismissal with Prejudice was electronically served upon counsel of record.


/s/ Gregory D Grant
Counsel